IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 01-00360 WHA |
| Plaintiff, | |
| v. | **SECOND ORDER REQUIRING GOVERNMENT RESPONSE** |
| JOSE LUIS MEZA, | |
| Defendant. | |

Defendant Jose Luis Meza has submitted a proposed order to exonerate bond and release property (Dkt. No. 414). The government was ordered to show cause by June 22, 2012, why the request should not granted. The government failed to timely respond. The government must respond to the order to show cause by **JULY 6, 2012**.

**IT IS SO ORDERED.**

Dated: July 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE