IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 01-00360 WHA |
| v. | |
| JOSE LUIS MEZA, | **ORDER REQUESTING GOVERNMENT RESPONSE TO NOVEMBER 26 LETTER** |
| Defendant. | |

In a letter dated November 26, 2013 — and received on December 16, 2013 — Manuel Meza requests to have "the enclosed Substitution of Trustee and Deed of Full Reconveyance executed and notarized by the proper representative of the U.S. District Court" (Dkt. No. 422). This is in regards to real property that was previously lodged as bond collateral securing the appearance of defendant Jose Luis Meza, and for which an order dated September 20, 2012 lifted and exonerated any lien or bond encumbering that property in connection with the above-captioned case (Dkt. No. 421).

The government is requested to please respond to and advise on Mr. Meza's request, particularly as to his demand that "the appropriate representative of the U.S. District Court execute and notarize this document where indicated" (Dkt. No. 422). The government's response shall be filed by **5 PM ON DECEMBER 27, 2013**.

**IT IS SO ORDERED.**

Dated: December 23, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE